# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 25-3110

September Term, 2025

1:23-cr-00229-CJN-1

**Filed On: January 5, 2026** [2153014]

United States of America,

        Appellee

        v.

Taylor Taranto, also known as Taylor
Franklin Taranto,

        Appellant

## O R D E R

The notice of appeal was filed on November 6, 2025, and docketed in this court on November 7, 2025. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs. It is, on the court's own motion,

        **ORDERED** that

        Robin M. Earnest
        The Earnest Law Firm
        7600 Ora Glen Drive, #241
        Greenbelt, MD 20768

a member of the bar of this court, be appointed to represent appellant. It is

        **FURTHER ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | January 20, 2026 |
| Entry of Appearance Form (Attorneys Only) | January 20, 2026 |
| Transcript Status Report | January 20, 2026 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3110**                    **September Term, 2025**

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

      The Clerk is directed to transmit a copy of this order to previously-appointed counsel Carmen D. Hernandez. Previously-appointed counsel is directed to transmit all papers in her possession, including any transcripts prepared under the Criminal Justice Act, to newly-appointed counsel as promptly as possible.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

               BY:    /s/
                        Scott H. Atchue
                        Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
      Criminal Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Instructional Cover Letter to Appointed Counsel