# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3110**                                    **September Term, 2025**

**1:23-cr-00229-CJN-1**

**Filed On: January 29, 2026** [2156463]

United States of America,

        Appellee

     v.

Taylor Taranto, also known as Taylor
Franklin Taranto,

        Appellant

------------------------------

Consolidated with 26-3008

## <u>O R D E R</u>

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

                BY:   /s/
                         Emily K. Campbell
                         Deputy Clerk