| | |
|---|---|
| **No. 25-3110** | **September Term, 2025** |
| | 1:23-cr-00229-CJN-1 |
| | Filed On: January 30, 2026 [2156724] |

United States of America,

   Appellee

  v.

Taylor Taranto, also known as Taylor Franklin Taranto,

   Appellant

------------------------------

Consolidated with 26-3008

# O R D E R

  The notice of appeal in case No. 26-3008 was filed on January 22, 2026, and docketed in this court on January 29, 2026. Appellant has been allowed by the district court to prosecute the appeal without prepayment of costs. It is, on the court's own motion,

  **ORDERED** that

    Robin M. Earnest
    The Earnest Law Firm
    7600 Ora Glen Drive, #241
    Greenbelt, MD 20768

a member of the bar of this court, be appointed to represent appellant in consolidated case No. 26-3008. Counsel shall continue to adhere to the schedule for the filing of transcript status reports as set forth in the court's order filed January 5, 2026 in case No. 25-3110.

  The Clerk is directed to transmit a copy of this order to previously-appointed counsel Carmen D. Hernandez. Previously-appointed counsel is directed to transmit all papers in her possession, including any transcripts prepared under the Criminal Justice Act, to newly-appointed counsel as promptly as possible.

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

         BY: /s/
            Scott H. Atchue
            Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Appointed Counsel Only:
  Instructional Cover Letter to Appointed Counsel